IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

OCT 1 8 2007

JAMES N. HATTEN, CLERK
By:   Deputy Clerk

Jonathan Lee Riches
Robert A. Trani Jr.
Fabian Zavala

    Plaintiffs

V.

Lou Dobbs;
Cable News Network "CNN" L.P., L.L.L.P.;
"Broken Borders"

    Defendants

**1:07-CV-2609 WBH**

A CLAIM FOR CIVIL RIGHTS VIOLATIONS
RESTITUTION IN THE SUM OF $200,000,000.00 AND DAMAGES

    COMES NOW, the plaintiffs here by file this claim pro-se pursuant to USC § 42, 1981, 1983, First, Second, Sixth, and Fourteenth Constitutional Amendments of Discrimination, Defamtion, Consortium, Slander, Civil Rights Violation. Federal Communications Commissions Violations and Treason.

    On or about January 7, 2006 and continued unto present <u>Lou Dobbs</u> as an agent of the United States Citizenship its agencies and other infrastructures, such as but not limited to (right wing extremist) infiltrated within its institutions has systematically, directly and indirectly conspired to:

A.   Deprive the Mexican peoples along with the entire hispanic ethnic population of whom live on the Constitutional protected soil of the United States of their inherited right to live at peace and without fear of persecution and threat or intimidation through and by violence.

B.   To defame the "Good Moral Character" of every Mexican and or Hispanic who sets foot on his native soil of the now United States of America.

C.   To Deprive the Mexican/Hispanic population to the ability to exercise skills, labor, talents, and sustainment of their families and lives.

D.   To violate the Mexican/Hispanic population civil right as an indigenous people.

## STATEMENT OF FACTS

On or about September 11, 2001, (19) members of "Middle Eastern Descent" alleged members of a "Muslim Terrorist Organization" known as Al Qaeda, this particular group used/manipulated the Immigration Process through and by but not limited to Foreign Exchange Student Visa's for the sole purpose of infiltrating and attacking the United States Infrastructures of a symbolic statement and measure to its Finanical might (World Trade Center, in New York) its Millitary might (Pentagon, in Pennsylvania) and its Command Center (Command Chief District of Columbia) to inflict fear, mayhem, murder, and terrorize the United States Citizen and its NON-citizens as well as those whom believe it's the ideology of Democracy and Freedoms under the Constitution of the United States.

This attack initiated, planned, conjoured, and implimented through and by the Muslim Religious and Terrorist Organization known as Al Qaeda whose head-leader is Imam Osama Bin Laden who has waged a Holy War or Jihad against the United States Government, citizens, NON-citizens, and it's allies of the western hemisphere (Mexico, Canada, and Latin Americas) and those who embrace the purity of Democracies, Capitalism and the Freedoms presented in the United States Constitution and/or Western Ideology.  This attack is Master-Minded by Osama Bin Laden a <u>Saudi Citizen</u> and his co-horts under the protection of <u>Afghanistan Fighting Forces</u> known as (the Taliban) and now the embarked measures of Iranian and Iraq Insurgents.

In Response to this heinous act of terror by Middle Eastern Factions, Organizations, groups, descendants and/or terrorist cell; the United States Congress (bi-Partisan) set for legislation for law, Pre-Emptive attacks (war) as preventing move to countering measures to secure it's citizens, NON-citizens, and immediate allies of the North America (Mexico/Canada) and abroad.

Legislation was implimented "War on Terrorism Act", Patriot Act and others thus creating new branches of government such as

-2-

Homeland Security. New agencies of law enforcement "Immigration Custom Enforcement" (ICE) and "Federal Emergency Management Agency" (FEMA). Along with strengthing existing agencies of Immigration Naturalization Services (INS), Federal Bureau of Investigations (FBI) as well as equiping state and local enforcement to combat Middle Eastern Muslim groups organizations, faction, terror cell and/or supporters. In turn, this has brought about new discriptive terminology of persons engaged or supportive of such activities such as, but not limited to dissidents, Enemy-Combatans, Domestic Terrorist, Terror Cell, Aliens, Illegals, and Insurgents etc.

Thus also in response to such tumaltuous activity News correspondence around the world report on such events. News Corporations (Media) organizations in the United States of America employ correspondences to gather information, inform, report, and bring awareness to the public under the protection of the U.S. Constitution 1st. Amendment, Freedom of Speech, in accordance but not limited to the Federal Communication Commission Regulation internationally, State, and local medias (radio, television, news papers, magazines). In coverage of controversial and non-controversial issues of news worthy public importance that should be presented in a non-bias, non-hidden agenda, truthful, fair, and balanced perspective.

To present false, unworthy or knowingly tainted news would undermind the very existance of journalism and correspondence credibility...

## ISSUES

Thus contrary to Federal Regulations, U.S. Constitution, Civil Rights Statues, and basic Humanitarian Rights in which the United States of America prides its self and so vehemently upholds, stands for, and preaches around the world: is allowing renown News organizations (media) to outright violate the above mentioned laws, statues, regulations, ethic, and procedual Due Process under the veil of unjust laws incompassed in the guise of "War on Terrorism" in propaganda fashions; Much like the

vicious propaganda machines of (1935-1945) used by Gestapo SS Guard Nazi to eraticate a undesirable race of people.

Case in point correspondent journalist and News host/anchor ____Lou Dobbs____ for CNN News segment "Broken Borders" and producers have promoted:

I.

Racism: Against a particular race, color, creed of people not only to those now labeled aliens/illegal immigrant (who infact are indigenous-native to the Americas) of Mexican descendency, heritage and culture, but to those whom are Mexican American Citizens or of Hispanic origin.

When ____Lou Dobbs____ speaks of "Broken Borders" and "Border Security" because of a terror threat from Al Qaeda, ____Lou Dobbs____ assimilates, and associates two very different issues! That of predominately Mexican Migrant Workers indigenous to this continent, and those of foreign Muslim Al Qaeda fighters or Jihadist. Thus a native migrant people who come to work and live the "American Dream..." and those foreign immigrants with alternative motives such as Middle Eastern terrorist.

This misleading, distorting, and twisting of the facts has expressively been sensationalized in propagand fashion by ____Lou Dobbs____ and accomplices. They present issues on Broken Borders or Border Security to the public. They've created a hostile, prejudice, fearful, and agressive environment for a hispanic race of people or those with spanish sir names inparticular Mexican American Citizens and those with immigration (Migration) documentation descrepencies, or simple errors.

Incidents have occured around the country through the "stigmatization" of ____Lou Dobbs____ and CNN that have caused harm, mayhem, and racist violence against Mexicans as Anglo White and Negro Black U.S. Citizens have inflicted such violence on men and women of hispanic color to where they have gone so far to as to create formal groups such as the "Minute Men" and "Mothers Against Immigrants" (MAIM) as well as vigilante. Law enforcement in Chicago, Kansas and Los Angeles have implimented "Gestapo-Nazi" like tactics such as but not limited to the events that took place

on March 6, 2007 during a peaceful march and demonstration rally under the protection of the United States Constitution. Hispanic were brutally attacked by the "Nazi Style SS Police Force" (L.A.P.D.) on national television. On or about November 20, 2006 two high school students (anglo-white-Nazi type) attacked beat, maimed, and sodomized (with PVC pipe) a fellow hispanic student at a house party for kissing a "white" girl in the great American State of Texas (which was clearly motivated by racism). On or about August 11, 2007 an article in "The Post and Courier" newspaper of Charleston, South Carolina reported that African blacks systematically attacked Mexicans (hispanics) robbing and murdering as stated by North Charleston Police "The hispanic homicide victims this year has been disproportionate to their share of over all population."

Countless racist-hate crimes and atrocities have not only occured, but have increased since __Lou Dobbs__ and CNN have been breeding, plagiarizing, and lying under the color of authority via the Constitution, liscensing by the FCC which has violated its own regulations. This in turn has stigmatized the Hispanic/Mexican population across the nation.

II.

Defamation of character: __Lou Dobbs__ and segment of "Broken Borders" and coverage of Hispanic movements for Justice, Liberty, and Freedoms has continually perpetuated the Assasination and defamated the character of the Hispanic/Mexican legal-illegal. By, but not limited to associating the Middle Eastern Muslim Terrorist groups, factions, organizations, or domestic terrorist to them. As such, placing this burden squarely on the shoulders of Mexican/Hispanic as a threat to the National Security and stability of the United States for simply migrating across a questional border, or working with questionable documents pursuing undesirable jobs that most U.S. citizens do not care to do.

Note: The indigenous Mexican has migrated to and fro since and before the "Occupation of America"-Immigrants/aliens of European descendencys (Spain-England) who fled their countries to escape such tyranny from freedoms. Since this occupation of the Mexican and other Native brothers territories treaties have been broken, such as, but not limited to Hidalgo, Laramies, and Brocero Act. So the question is raised, which laws are being violated? And when it comes to an indigenous people, "Broken Borders" should not be so Draconian in their enforcement policy.

Defamation in its very definition of false illicit claims, distorting information comparing, categorizing, and intertwineing a humble hardworking race, color, and class of people indigenous to this continent- to radical foreign Muslim faction, religious sect or Al Qaeda. Defamation of character is attributed by the simple fact that the public and some governing official now associate Mexican/Hispanics as a terrorist threat to the safety, stability, and wellbeing of this country and its citizenry.

III.

Consortium: __Lou Dobbs__, CNN and its affiliates and co-horts have been promoting the displacement of families when promoting Deportation of Migrant Parents from their American Citizen children who are sometimes under the age of 5. Those convicted of non-violent crimes whom have lived here some 20-30 years and seperate them from their immediate family as well. Yet, as other families have been here well over 10 years as law abiding citizens, tax paying citizens, having a standing right by contract agreement as well as indigenous rights to this continent have been subjected to an ethnic cleansing. These humble people of Mexican descent are being unjustly, racially profiled, and persecuted soley for not having up to date government documents due to broken migration reform, inadequate immigration procedure and processing, or simple error. Which are in fact <u>Misdemeanor Offenses</u>.

Thus clearly the under-tones of "Gestapo Nazi SS" like tactics that __Lou Dobbs__ supports have recently been demonstrated by kicking down residential doors, invading places of Employment and harassing employers, asking for "papers". As

the Jews and those undesirables were chased out of Germany in 1935-1942 some taking refuge where they could: very much like Alvira Arellano taking refuge in a Christian Church in Chicago 2006. When I.C.E. was supposedly created to look for Muslim terrorist - they're looking in Christian churches. Or as the Arabic Janjaweed displacement of African families in Darfur, their homeland, where mothers and fathers are ripped from their children. This is the similarity! As Mexican/Hispanic parents are ripped from their families in the U.S. of America. God help us. Mexicans are Native/Indigenous to this land as much as the Irish to Ireland, Jewish to Israel, Palestine to Golan Hights, etc. etc... This is the Homeland of the Mexican people and a unique comprehensive Migration Bill (Immigration Bill) should be inacted with a compassionate and humanitarian approach before execution of unjust law of criminality and cruel displacement are initiated. In which ___Lou Dobbs___ viciously promotes the displacements of families.

IV.

Assimilation: ___Lou Dobbs___ has lied, distorted, falsified, and presented as facts to the public; that is, the Mexican people or those of Hispanic origin do not care to assimilate into the culture of the Colonial United States in America. That is a Hood-Winking ball face lie! First and Second generation Mexicans have adapted and assimilated as well as previous generation dating back most significantly, but not limited to, World War II. As they too offered the ultimate sacrafice of sending their children, brothers, sisters, fathers, and mothers to fight, shed blood, lose limbs, lose minds, and die to preserve the very freedoms ___Lou Dobbs___ uses to vilify them.

Latinos make up 13% of military personell and are concetrated in the low ranks in the Marines and Army, serving the highest casualties- high risk front line fighting 17-21 years of age.

The Pentagon looks to tap into this abundant resource of Mexican/Hispanic life and make it 22% to thin the herd so to

-7-

speak.

300 Latinos have died, 120 are migrants (immigrants) in the conflicts of war in Iraq alone, not to mention Afghanistan. (Source Fuego Magazine 2006 Denis Page). USA TODAY, May 8, 2007 reports on one, Gino Rodrigues and at least 6,700 of 12,800 Border Patrol agents of Hispanic descent and how they have assimilated into this great nation of ours just as much as any other race of people. The assimilation goes as far as infidelity to ones spouse like Bill Clinton, Rudy Gulliani, Rev. Jesse Jackson to our very own Antonio Villaregosa.

V.

Burden of taxes: __Lou Dobbs__, producers and co-horts have misinformed and mislead the public, its government, Congress, and Senate (one in the same) when it is stated on National Syndicated News Broadcast unjustly, unfounded, unwarrantly, and absurdly that people of Mexican or Hispanic origins (illegal or legal) do not pay taxes and are solely depleting Social Security, Medicare, Education Funds, Federal, State, and local resources. Is it not common knowledge when a person[s] purchase buy or sell milk, eggs, gas, phone, and water etc. there is a sales tax! When purchasing a house, there are property taxes. It is also known that if a person is employed (illegal or legal) false Social Security or authentic Federal, State, Local, Medical, and Social Security are deducted automatically. This in turn creates a surplus?

It is also a known fact by Economist and Government officials that with a $13 Trillion demand for a labor force calls in part for the Mexican farm workers whom are being racially profiled, arrested, and scared off by threats (in Nazi like fashion) or turned away at the Berlin Wall (U.S./Mexican Border) while crops in Idaho and around the counrty rot, and prices for food are rising to where the Gross Domestic product in some U.S. States produce more than foreign countries with an hispanic labor force such as Texas to Canada, California to France, and so on. (Source Wall Street Journal, July 27, 2007).

This labor force has been welcomed since the 1940s Bracero Act and slave labor before that. The Internal Revenue Service (I.R.S.) recognized the importance of this; this branch of government created in 1996, the "Individual Tax Payer Identification Number" (I.T.T.N.) a nine digit number that starts with (9) for tax payers who did not qualify for Social Security Numbers which has "generated $50 Billion" between 1996-2003. (See article: Wall Street Journal, Evan-workers in U.S. illegally pay the Tax-Man 2007).

Lou Dobbs and co-horts CNN producers as secret agents of a (Socialist-Racist Right-Wing Organizations) spewing venomous poison of propaganda has not only helped devastate the U.S. Economy of $13 Trillion, but has attacked the middle class working families.

VI.

Federal Communication Commission Violations: Lou Dobbs and producers of "Broken Borders" at CNN have violated laws of discrimination, vigilantism, civil, Constitutional Rights. Along with infringements of a color, race, and culture of people by, but not limited to, using air waves, media, and broadcasting in a propaganda fashion. Lou Dobbs has polarized the nation by sensationalizing unjust laws, Immigration Reform, and blaming every social ill in the U.S. on the Mexican people as though they are solely responsible. Thus on national News media broadcasting Lou Dobbs has exploited and bashed the Mexican people for crossing the U.S./Mexican Border. Which in itself is a misdemeanor offence. By, but not limited to, discriminating, affiliating, associating, and profiling the Mexican (Hispanic) people legal/illegal with factions, groups, and/or organization of Muslim zealots (terrorist) implying that Mexicans could bring "Dirty Bombs" to the United States. This is outrageous when the sons and daughters of Mexican descent are spilling their blood in WWII, Korea, Vietnam, Gulf, Afghanistan, and Iraq, and is in violation of Constitutional Rights. Thus creating an environment of hostility, and depriving freedoms from fear of persecution

and liberty.

VII.

   Discrimination:  Lou Dobbs       in and by implying or associating the Mexican (Hispanic) people with foreign immigrants from foreign continents such as: Europe, Africa, and Asia (Near East/Middle East) descendancy whom may be of fanatical sect, factions, groups, or organizations of Muslim Terrorist mandated by Osama Bin Laden.  This implication and association   Lou Dobbs     stipulates each night on     program.   This created and perpetuated racial profiling and discrimination in the social fabric of our society.  Such as, but not limited to, Employment, Education, Medical Care, and basic human civil liberties.  Not only to the so-called illegal immigrant of Mexican descent, but the United States Citizens.

Note: Mexican and other Hispanic citizens of United States holding peaceful demonstration and rallies for a comprehensive Immigration Reform and to simply excercise their Constitutional Freedoms and Rights. Just as the African Negros did to end slavery and usher in Civil Rights, as the Women have done in the Feminist movements for equality, and in essence the very fore-Fathers expressed in the United States Constitution against tyranny and injustices. As the Mexicans done on March 6, 2007 and were cut down by L.A.P.D. and are subject to harassment around the country.

   The public is now more concerned if the Mexican/Hispanic has a Social Security card and can legally be employed, rent a house, or receive medical attention (to where it has not been a problem for the last 100 years) than to be concern with the Domestic Muslim and those abroad who pose a legitamate threat.  Lou Dobbs     and producers of CNN and affiliates, discriminated against the use of Spanish speaking people speaking their language and having their communities reflect and express their native culture.  When there are foreigners in the United States speaking their language and have sustained their culture within the boundries of U.S. such but not limited to French in the French Quarters (Louisianna), Italian in little Italy, Chinese in China Town, Vietnamese in Little Saigon (California), along

-10-

with countless other communities celebrating their culture and festibles as well as new ones such as Kwanza-Juneteenth by African Negros whose grandfathers where brought to this continent as slaves, now called African American.   Lou Dobbs   discriminatory and defamating reports of the Mexican/Hispanic people are stigmatized in the eyes of the United States citizens to the extent that formal organization have formed such as "Mothers Against Immigrants" (MAIM) and "Minute Men". Also in the eyes of our public leaders (our government) such as governors, mayors, city counsels, senators, and law enforcements around the country.

VIII.

Treason:   Lou Dobbs  , CNN, producers and affiliates of "Broken Borders" in doing all the above mentioned is comitting treason against the legitimate governance of the United States. By using his segment air time (Broken Borders) program to breathe hatred and discored upon our society. It is demoralizing the belief in the Constitution of the United States of America in its Juris Prudence by calling our government a "Total Failure". Thus in turn covertly plotting to eradicate the Constitution of the U.S. setting a plan toward anarchy/socialism in which only the beliefs and desire of the right-wing extremist is imposed and enforced.  This is a similar method seen in the Nazi era by the Gestapo.

  Lou Dobbs   has plagiarized lied under the color of authority via liscensing by the FCC. Which has violated our Constitutional Rights to inflict racism and hatred under its guise.  Through daily conditioning of naive minds of millions of United States citizens (Americans) to believe that illegal immigrants are the reason for terrorism.

  Lou Dobbs   and his co-horts has conspired to devaluate the infrastructures of the U.S. economy by baning, using  scare tactics through the guise of National Security, law enforcement (I.C.E.), racism, and persecution. Thus making the U.S. of America

-11-

vulnerable to economical crisis, and threaten its sovereign existence.

By not arresting <u>Lou Dobbs</u> and affiliates for plagiarism, lying, breeding racism as (hate crimes) hatred through channels of communication liscenced by the FCC. The government of the United States has become a sole conspirator in this covert operation. As such entity whose sole job is to protect and serve every human "who sets foot on this soil, territories, and international bounderies and to enforce the Constitution of the United States". Not to change or manipulate to serve an unjust purpose as in its accurate philosophy and interpretation. The government must desist from being a conspirator to such racism, and the destabling of the Constitution as a covert operation. The FCC and the government should step in immediately to revoke liscensing of CNN communication, and arrest <u>Lou Dobbs</u> for violation of hate crimes and discrimination within the civil rights of the Mexican/Hispanic.

<u>HISTORY</u>

The United States Colonization of this continent of what is now known as the Americas. The Americas have been occupied by definition with "Illegal Immigrants" of European descent (Spanish, English, and French) along with other ethnic groups and their African Negro slaves for a little over 450 years.

This incursion aside from its occupation, colonialism, and devastation of the Native people did infact produce some outstanding contributions to the Americas. Such as, but not limited to the Constitution of the United States, its Bill of Rights and Civil Rights. Which in turn irraticated/abolished unjust laws such as slavery and stopping persecution of innocent people (i.e. Native Ghost Dancers, Salem Witch, and Zoot Suiters) thought to be a threat to its new found moral and ethical Christian standards.

Yet, the United States citizens and people around the world continued to look with blinds eyes and negate cronological and

-12-

systematical path of destruction to the Indigenous people of this continent. Through the greed, vengeance, cruelty and plunder of their natural resources and way of life. By the Spanish Conquest from the southern region of Mexico and from the Colonial Conquest from the Eastern coastal regions until they reached the South West (Mexico outer Regions) from the 1600-2007. Europeans have interrupted the Native civilizations, religion, culture, and languages. They have reconditioned the Natives to their languages and euro-centric mentality, in which the Native peoples have now adapted to and embraced in the belief of the Constitution of The United States. The colonialist are considered as immigrants/aliens by the Natives and by their own countries criminals as they ran from their Kings persecution and rebelled as colonialist from tyranny.

The Colonialist made their way to the Americas in what is dubbed as "Manifest Destiny" now it seems that the United States governance has become what is so desperately ran away from. By but not limited to imposing unjust laws in the form of Immigration, Drugs (non violent crime), city orderances, and countless broken treaties Hidalgo 1848- Laramie 1868 causing persecution and tyranny. As in the media of the day manipulated by special interest screaming for justice at the events of the "Alamo and Little Big Horn" through propaganda to rally the Colonial Citizen (United States)to corrupt and unjust causes under the guise of law. So, to today  Lou Dobbs  and CNN rally the U.S. citizen in unjust causes using defamation, and discriminatory methods through and by the media. The world seems to disregard or have altogether forgotten the atrocities and plite of the Mexican Indigenous people. Yes, the Jews have their holocaust at the hands of propagandist Nazi regime and some Africans have their Enslavement at the hands of Colonial United States in America as well as countless other ethnic groups as unjust law are placed upon them through the mean of propaganda.

But in the Americas the Mexicans with their native brothers have endured the likes of a Holocaust (germ warfare-ethnic cleansing and murder), Enslaved and unjust laws placed upon them

as undesirables or an unjustified threat as <u>Lou Dobbs</u> so vehemently promotes in his broadcasting of "Broken Borders".

As native peoples, the Mexican name derives from a native tribe of America called the Mexica (Me-chi-ca). Their native language is predominatley but not limited to Nahualt of the famed Azteca. (now replaced by Spanish/English) The very symbol on the Mexican flag is of native origin. This is the Mexican people whether illegal or legal even though they are stripped of their native languages, lands, and in some cases their identity through and by unjust laws and causes. The Mexican have been enslaved, abused and discriminated against as much as any other race on this continent the differance is this is their continent.

## ARGUMENT

Thus, there is a fine line to be observed and established when addressing the Native/Indigenous Mexican people, with regards to immigration, domestic terrorism or laws in general as news media presents to the public.

The Mexican/Hispanic should not be equally categorized or classified with foreign terrorist groups or people especially those hostile to the United States and the Americas.

Thus, the laws in which <u>Lou Dobbs</u> and co-conspirators promote under the guise of Immigration Reform are covertly attacking the "Middle Class" and more cynically the United States Constitution using the Mexicans, U.S./Mexican border, Drugs, Gangs (Domestic Terrorist) and the "War on Terrorism" as ponds. The war on terrorism is not with the Mexicans/Hispanic whether illegal or legal. It is with the foriegn Musilm terrorist groups. And yes the borders must be secured, but not at the discriminating, defamating, slander, and cost of the Mexican/Hispanic peoples expense. With such draconian measures causing fear, hatred, vigilantism and racist sentiments across our nation dismanteling the United States Constitution on the podium of media.

The seven issues (Grounds) presented herein demonstrates the credibility and seriousness of the Constitution and Civil Rights and FCC violations in support of the plaintiffs. The irreverible damage and actual malice done by __Lou Dobbs__ though commerical speach has cause harm to the moral character and personal attack on U.S. citizens of Mexican/Hispanic heritage and those non-citizens. By using a method of propaganda twisting the facts of two issues (1) concerning Migrants - of Hispanic Mexican origins and Broken Borders immigration reform, (2) Muslim Terrorist Border Security. Embelishing words in conjuction but not limited to Amnesty-Terrorist, Mexican-Economy, Muslim-Hispanic, Islam-Latino, Gangs-Domestic Terrorist, and the likes. This is now an unretractable causing a stigmatization of fear, Discrimination, hate crimes, and Droconian type laws to oppress and taint the moral character and well-being of the Mexican/Hispanic citizen and Non-citizen. __Lou Dobbs__ in promoting a failed government covertly underminding the very Constitution, the U.S. Economy, and stability of the United States, which not only affect Mexican Hispanic Citizens but the U.S. citizenry as a whole, under the guise of the War on Terrorism and its Muslim threat through the podium of Media.

## CONCLUSION

__Lou Dobbs__ and CNN should be held accountable and a public apology should be given. $200,000,000.00 dollars should be rendered for the irreversible damages - $100,000,000.00 dollars should be awarded to immigration organization at plaintiff's discretion and choosing. $100,000,000.00 dollars should be awarded to the plaintiffs __Jonathan L. Riches__ __Robert A. Trani Jr.__ ,and __Fabian Zavala__ for discrimination, actual malice, defamation, moral character, stress, and unduely burdens to their well-being.

As petitioners __Jonathan L. Riches__, __Robert A. Trani Jr.__, __and__ __Fabian Zavala__ contends that this Habeas Court should grant the above requested relief.

Respectfully Submitted,

_____
Jonathan Lee Riches
Reg. No. 40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

## CERTIFICATE OF SERVICE

I, Jonathan Lee Riches, the undersigned hereby certify on this 9th day of October 2007. A true and copy of the foregoing was mailed to the following parties: Lou Dobbs, Cable News Network "CNN" L.P., L.L.L.P., "Broken Borders".

Respectfully Submitted,

_____
Jonathan Lee Riches

Robert A. Juani Jr. 05610196
Fabian Zavala 88508198