Section B

**Index**
Obituaries .......... 4B
Business .......... 7B
Weather .......... 12B

# Hispanic man dies in failed robbery

## Suspect sought in fatal shooting on Stall Road

BY NOAH HAGLUND
The Post and Courier

A 24-year-old Hispanic man was shot in the Johnson Center Apartments and walked out to the street, where he collapsed early Friday, [illegible]

The Charleston County Sheriff's Office described the shooting as a robbery attempt and identified the suspect as Terrell Williams, 21, [illegible] was being sought from [illegible] murder charges [illegible]

"Right now [illegible] only suspect," said Maj. John Clark, a Sheriff's [illegible] spokesman.

Roni Perez-Ricardez was originally from Mexico and lived in the Stall Road area, Coroner Rae Wooten said. He died at the scene at 2:20 a.m. An autopsy confirmed that gunshot wounds caused his death, she said.

Perez-Ricardez was found near a pillar at the cemetery's entrance, Clark said.

Please see HOMICIDE, Page 5B

---

# Man dies in robbery attempt

**HOMICIDE From Page 1B**

North Charleston police handled the initial crime scene because the spot where he collapsed — about midway between Ashley Phosphate and Midland Park roads — is in North Charleston, police spokesman Spencer Pryor said. Police processed the crime scene but handed the case over to the sheriff's deputies after determining the actual shooting probably happened in an unincorporated part of the county.

Detectives weren't sure exactly what the slain man had been doing in the cemetery, Clark said.



**Fatal shooting**
SOURCE: ESRI, TELEATLAS   STAFF

The number of Hispanic homicide victims this year has been disproportionate to their share of the overall population. Two of the six homicide victims in Charleston County were Hispanic. Latinos also have been specifically targeted in crimes such as robberies.

Felix Juarez, a 44-year-old landscaper from Mexico, was shot dead March 16 on Tedder Street, just on the other side of Ashley Phosphate Road from Stall Road. Juarez's killing, which authorities also described as a robbery attempt, remains unsolved as well.

Anyone with information about where to find Williams, the suspect in Friday's shooting, or anyone who wishes to identify a suspect in the March shooting, can call the Sheriff's Office at 202-1700.

Reach **Noah Haglund** at nhaglund@postandcourier.com or 937-5550.

Exh: 1(A) Racism

# held on robbery charges

## Suspects accused of victimizing Hispanics

*Staff reports*

A group of three men accused of robbing Hispanics in the North Charleston area have been charged with similar crimes in Hanahan, police said.

A group of Hispanics fought and detained the robbery suspects at a North Charleston mobile home park early July 30 after a failed holdup left two men with gunshot wounds, authorities said.

Isaac Alston, 26, Montrel Perry, 19, and Zarel Isadore, 18, were charged with armed robbery and more charges were pending.

On Wednesday, Hanahan police charged the men in connection with an armed robbery, a home invasion and an attempted home invasion.

Hanahan police reports describe these incidents:

▶ An 18-year-old man told police that three men kicked in the door to his mobile home at 5918 Sellers Road around 1 a.m. July 17. One of the robbers hit him in the head with a pistol.

▶ A roommate was punched in the face. The robbers stole cash and left in a car.

▶ Around 1:15 a.m. the same day, a 37-year-old man reported two men trying to punch out a bedroom window in his mobile home at 5747 Corner St. The man startled the pair, and they left in a car.

▶ Around 2:25 a.m. July 21, a 37-year-old man reported that a car followed his vehicle from Rivers Avenue to the South Point Apartments at 6220 Murray Drive.

▶ In the parking lot, three men and a woman emerged from the vehicle, the men armed with a shotgun and a handgun, which they used to

*Post & Courier Newspaper August 11, 2007*