# StreetLow Times

## ★ REALITY ★

ISSUE 45           FREE

# Illegal Immigrants to be branded as Criminals

The United States of America's House of Representatives has passed bill HR 4437 which is called the "Border and Immigration Enforcement Act of 2005."

Supposedly a bill to amend the Immigration and Nationality Act to strengthen enforcement of the immigration laws, to enhance border security, and for other purposes, but this bill will only cause hysteria, panic, and terrorism to those that have came here illegally seeking a better future, the bill represents the most punitive attack on immigrants in the United States in over 70 years.

The bill will amend the Immigration and Nationality Act (ACT) with respect to alien smuggling and illegal entry and presence to revise the definition to "aggravated felony," which it is currently "unlawful status," a civil violation, classifying undocumented immigrants as criminals. This bill will expand the definition of "smuggling" greatly.

Any U.S citizens, married to undocumented immigrants could be convicted of "aiding aliens." A simple act of driving an undocumented worker anywhere, even a Samaritan act of taking them to the hospital could be convicted of "transporting aliens."

It also forces churches, non-profits, and others involved in workforce development to prescreen potential job applicants before referring them to jobs, likely resulting in employment delays and possible discrimination.

Supposedly the land of the free, the bill could create camps and prisons to house these women, children, and grandparent "felons" at an unprecedented rate, as it expands indiscriminate "mandatory detention" for these undocumented immigrants apprehended by federal authorities.

H R. 4437 will disrupt the economy and destabilize U.S. workers; the bill seeks to drive out seven million plus undocumented immigrant workers, consequently disrupting the economy, with no corresponding increase in security or legality.

The bill mandates that all employers, of all sizes, and from all industries, comply with a government-run electronic/telephone verification system, Employment Eligibility Verification System (EEVS), to ensure that all employees are legally authorized to work.

This system would cost at least $1 billion per year; most of the costs would be born by business, and could severely limit workers' claims including prohibiting class action lawsuits against the government. If an undocumented person is hired, employers will be subject to fines up to $25,000 per person.

Worse yet, this program encourages discrimination because some employers will hesitate to hire foreign-born workers in light of potential delays and inconveniences.

The bill makes many deserving immigrants and refugees ineligible for citizenship if they have ever been convicted of minor offenses that occurred decades ago.

Most of those negatively affected by this will inevitably be American families, who as a result could face separation.

Drives a wedge between local police and immigrants. By deputizing local law enforcement officials to enforce federal immigration laws over the objections of many such officials, immigrant communities will fear public safety officials, whose primary job is to solve local crimes, not check immigration papers.

This would make communities less safe as people who live in immigrant families become less likely to report crimes that they are witness to or are victims of.

The ability to produce a safe and stable domestic food supply is a national security issue for the United States. Therefore, it is critical that as we reform our nation's immigration laws, we give special consideration to the unique circumstances and needs of agriculture.

The pre-employment verification system proposed would decimate labor-intensive agriculture in America.

For every farm worker job we lose, we also lose 3 to 4 jobs in related economic sectors, equipment, inputs, packaging, processing, transportation, marketing, lending and insurance that are supported by having the agricultural production here in this country.

These jobs are good jobs, filled by native Americans. If key perishable agriculture and livestock sectors are forced offshore, we will find ourselves relying on other countries for our food supply.

The bill limits judicial review of executive branch decisions, violates the constitutional guarantee of due process and separation of powers and, most importantly, strips the courts of their role in protecting the individual against excessive governmental power.

It's to no surprise that the Republican Party is behind a bill that will target mainly those from Latin America. Wisconsin Representative, James F. Sensenbrenner (of German Descent), who represents the Congressional District 5, introduced the bill and who's "Hispanic Population," according to the 2000 U.S. Census, is only 16,904, 3% of that districts total population.

It seems that he is just a puppet to those in favor of the total U.S. population reverting back to its roots. Let your voice be heard, remind them how immigrants, both illegal and legal, built this country.

Would the Indigenous Americans deny those "Pilgrims" that landed on these continents the pursuit to happiness? History has shown how these "Pilgrims" have shown their "brotherly love," with the three "G's;" Glory, Gold, and Greed!

Tlaou Smit
StreetLow Press