# Immigration Paralysis

[left column, partially obscured]

...oan

...day along Inter-
...north of the Mexi-
...we see a sight all too
...parts. Border Patrol
...olive-colored SUV have
...of young Mexicans
...ing north. The Mexi-
...ing on the grassy high-
...waiting for the offic-
...whether they have en-
...legally or illegally.
...when our journey
...Twin Falls, Idaho, we
...newspaper that potato
...forced to obtain con-
...there's a shortage
...they have traditionally
...fields. In fact, the
...is national, partic-
...of labor-intensive
...are rotting in the
...going up.
...recorded during a
...sweep around
...my wife Jody and
...connect between law
...legislative paralysis on
...perhaps helps ex-
...AP Ipsos opinion poll
...performance rating for
...jumped 11 percentage
...with only 24% of re-
...satisfaction with
...After years of qual-
...of the dysfunctional
...Mazzoli Act, which
...knowingly hire ille-
...lawmakers are still
...zero. Hence, willing
...turned back at the
...growers are des-
...help.
...mandated severance
...demand is inop-
...Western tour, and an
...through the South, dra-

matized to us that over the last quarter-century the U.S. has become an incredibly wealthy country. Millions of late-model cars zoom the freeways. Lake and harbor marinas are choked with pleasure boats. Fitness centers and pet grooming parlors are now commonplace as an affluent middle class spends freely on non-essential

## Our $13 trillion economy demands labor. Why not let Mexicans supply it?

services. In Seattle, which gets rain 154 days a year, people buy bottled water from France. As a street entertainer puts it, "Evian spelled backwards is naive."

A fascinating Web site called "strange maps" compares the Gross Domestic Product of each U.S. state with a foreign country. Texas produces more than Canada, California matches France, Illinois is on a par with Mexico and little New Jersey equals the output of huge Russia. Economist John Rutledge estimates the worth of all privately owned assets in the U.S. at $165 trillion.

Still, the $13 trillion American economy demands labor. Mexico has had a high birth rate (although it is rapidly slowing) and can supply the needed workers, with benefits on both sides of the border. But the U.S. political class can only talk of new barriers. Why is this such a hard equation for politicians? The longer this problem festers, the more likely it will push the Mexican polity to turn away from being an uneasy friend of the U.S. to becoming a troublesome enemy.

The fundamental mistake, one that American politicians have made over and over again, is the belief that the government's police powers can overwhelm powerful market forces. Richard Nixon and the Congress attempted this feat in 1971 with wage and price controls, stalling American growth for a decade. Simpson-Mazzoli was a similar effort to strong-arm a key market—for labor—by threatening something that proved to be unenforceable. Jail sentences for employers of illegal aliens. Luckily, that didn't shut off the labor supply from Mexico, it just drove it underground. Estimates are that there at least 12 million illegals in the U.S. and that may be far lower than the actual number.

Hotels and restaurants in places like Chicago, Miami and just about every other city would have to shut down without waiters, maids and others with dubious credentials. The well-manicured lawns in my home town would soon become weed gardens in the absence of the Mexicans who man landscape services. Americans genuinely worry about maintaining the rule of law, but the biggest threat to that is the disrespect for law created when legislative grandstanders pass draconian measures that the authorities are incapable of enforcing.

Arizona's legislature, which apparently has learned nothing from the federal law's failure, has just compounded the crime by passing a measure that is even more draconian than Simpson-Mazzoli. It has caused an uprising among Arizona businessmen and farmers, who shout that a law making them felons for trying to keep their enterprises afloat is just bonkers.

Washington efforts to reform Simpson-Mazzoli are plagued by the death struggle the two parties are conducting over control of the government. Republicans, who perhaps have noticed that they are losing that struggle, are frozen in the headlights of the anti-immigrant campaigns being conducted by nativists and vigilantes in their home states. Hate and emotion do not produce good laws.

My friend Robert Halbrook, a retired lawyer living in Tucson, Ariz., is aware that politics are not always logical or even rational, but offers a logical solution nonetheless: Legislators must do away with all the threats and penalties that drive labor and its employers underground. It must be made possible for illegal workers to achieve legal status without fear. That way Mexicans can come to the U.S. to fill jobs and go home safe in the knowledge that when their work is demanded they will be able to come back again. Many will go back with skills learned in the U.S., enabling them to earn a living at home. Most, he believes, do not crave U.S. citizenship. Why should they want to cope with a new language and culture, if they can return home without penalty? They just want to feed their families and try to move up the economic ladder.

Is it too much to ask of Congress that it employ some of this clear logic? Apparently so, judging from the paralysis in Washington.

*Mr. Melloan is a former deputy editor of the Journal's editorial page.*

EXH: IV Burden of TAXES

## 'No Hopes for Us'

**By Mia Farrow**

*Eastern Chad*

If we hear of eastern Chad at all, it is as a spillover of the genocidal slaughter in Darfur. But this swath of land along Darfur's border has become a full-scale catastrophe in its own right, and it is without the immense and effective humanitarian infrastructure which is sustaining millions of lives in Darfur.

When I first came here in November 2006, I met Abdullah Idris Zaid, who was lying in the tiny Goz Beida hospital. It was a terrible month in eastern Chad. The Janjaweed, Darfur's government-backed Arab militias, joined with Chadian Arab tribes on a rampage of destruction; 60 villages were burned and scores of people were killed, raped, and mutilated. Mr. Zaid's eyes were gouged out by Janjaweed knives.

This month I found him in the Gour-

It makes little difference to the victims of the escalating violence. For about $5 (U.S.), anyone can get a uniform in the marketplace. As I passed through the town of Abeche, a U.N. refugee agency guard was murdered and two staffers severely wounded. About 100 humanitarian vehicles have been highjacked in the last year; aid workers have been robbed, beaten, abducted and killed.

Eight months ago, 40,000 Chadians had been displaced by Janjaweed attacks. Today the number is 175,000 and rising. People have fled from their burning villages and the fields that sustained

> Darfur's Arab militias are on a muderous rampage in eastern Chad.

squarely on other countries that have the power to contribute troops, but lack the political will to do so.

And so the cacophony of voices continues, deliberating as to whether and how a force should be dispatched, and who should contribute the resources and troops. No one seems to be listening to the most important voice of all—that of the people of Darfur and eastern Chad, ringing loud and clear from refugee camps across the region.

Oumda al Fatih, is the leader of 20,000 Darfurians at Goz Amir refugee camp. Between the camp and the Darfur border there is nothing but the ashes of destroyed villages. "Twice, Janjaweed from Sudan came here and attacked us," he told me. The refugees had fled these attackers before, but now they were far from home. With no idea where to find water in the unfamiliar desert, they did not even try to run.

EXH: III (B) consortium

**THE WALL STREET JOURNAL.**
Published since 1889 by DOW JONES & COMPANY

2007

DOW JONES & COMPANY

M. Peter McPherson    Richard F. Zannino
Chairman              Chief Executive Officer

EXECUTIVE VICE PRESIDENTS
L. Gordon Crovitz, Consumer Media Group

# THE WALL STREET JOURNAL.
Published since 1889 by DOW JONES & COMPANY

2007

...ging Editor
...
...oeskin; Laurie Hays;
...l W. Miller
...l Targe
The Editorial Page
...lo Kirkpatrick,
...ge

...rating Officer
...r Officer
...tive Officer

...lation Marketing, Paul
...sident, Operations, Sally
...ch, William E. Casey, Jr.,
Gelman, Technology, Matthew
Development, Michael J.
...ons Kenneth Herts,
...man, Production, Jon
...ntures, Stuart D. Karle,
...tegy & Planning, John J.
...d Advertising, Imtiaz
...; F James Pensiero,
...el P. Stranzl, Marketing &
Wachtel, Advertising
...tg, Sales Strategy, Andrew T
...r Circulation

## DOW JONES & COMPANY
M. Peter McPherson — Richard F. Zannino
Chairman — Chief Executive Officer

### EXECUTIVE VICE PRESIDENTS
L. Gordon Crovitz, Consumer Media Group
Clare Hart, Enterprise Media Group
William B. Plummer, Chief Financial Officer
Joseph A. Stern, General Counsel

### SENIOR VICE PRESIDENTS
Jorge L. Figueredo, Human Resources;
John N. Wilcox, Local Media Group

### OPERATING EXECUTIVES
Edwin A. Finn, Jr., Barron's
Neal Lipschutz, Dow Jones Newswires Managing Editor
Michael A. Petronella, Indexes
Ann Sarnoff, Ventures
Scott D. Schulman, Financial Information Services

### VICE PRESIDENTS
Joseph J. Cantamessa, Security; Linda E. Dunbar, Communications

### ONLINE
Gordon McLeod, President
Alan Murray, Executive Editor, Online
Brian J. Quinn, Vice President, Advertising
Daniel J. Bernard, General Manager, WSJ.com

...TE HEADQUARTERS 200 Liberty Street, New York, NY, 10281, Telephone (212) 416-2000
...ll 1-800 JOURNAL, http://services.wsj.com

DOWJONES



tal. It was a terrible month in eastern Chad. The Janjaweed, Darfur's government-backed Arab militias, joined with Chadian Arab tribes on a rampage of destruction; 60 villages were burned and scores of people were killed, raped, and mutilated. Mr. Zaid's eyes were gouged out by Janjaweed knives.

This month I found him in the Gouroukoum camp for displaced people. He is 27 years old, a husband and a father. His 4-year-old daughter Boushra led him to the mat outside his hut and gently placed a cup of water in his hands. He told me that this is the third place they have sought refuge, and still he does not feel safe.

"They will come again," said Mr. Zaid. "They said, 'we do not want you black people here.' The Janjaweed come from Sudan. If the United Nations does not send troops into Sudan and stop them, then they will return."

Eastern Chad has been plunged into chaos and lawlessness. In border towns, pick-up trucks outfitted with machine guns and loaded with armed, uniformed men careen through the dusty streets. No one knows who they are: the army, Chadian rebels, bandits?

## Darfur's Arab militias are on a muderous rampage in eastern Chad.

them to squalid camps across eastern Chad. "Mortality rates of children under five are double what is accepted as the threshold for an emergency," says Johanne Sekkenes, a Doctors Without Borders program director. "The situation here is massively deteriorating. The needs are huge. Assistance has been too little, and it comes too late."

There have been years of debate as to how the tide of violence engulfing the region can be stemmed. Until recently, the excuse for inaction was the steadfast resistance of the Sudanese government to U.N. peacekeeping presence. Sudan's recent consent to a limited force under African Union command comes in the wake of countless broken promises and falls far short of what is needed. Nonetheless, it leaves the onus

destroyed villages. "Twice, Janjaweed from Sudan came here and attacked us," he told me. The refugees had fled these attackers before, but now they were far from home. With no idea where to find water in the unfamiliar desert, they did not even try to run. "We sat on the ground and we held our children and waited for two days. And we were thinking, 'No hopes for us. No hopes for us.'

"We are the ones being killed, tortured and raped. We are the ones who have lost everything. We are refugees with no freedom, no rights, not enough food, no fields; we are living in terror. We accept the U.N. troops. We are asking for help."

This is the voice of the people of Darfur and eastern Chad. It calls urgently for an international force with the resources and mandate necessary to protect defenseless civilians and the aid workers who are struggling to sustain them. These desperate pleas are what we should be hearing and responding to—urgently.

*Ms. Farrow, a UNICEF ambassador, has just returned from her sixth trip to Darfur and its borders with Chad and the Central African Republic.*

July 27 07

EXH: III (B) consortium