MILITARY RECRUITERS SAY THEY'RE "HELPING" LATINOS BY GUIDING THEM TOWARDS A MILITARY CAREER. THEIR METHODS, HOWEVER, SAY OTHERWISE.

# FULL COURT PRESS

Military recruiters began dazzling Jesús with images of the heroic soldier when he was 12. The promise of adventure, the free key chains and pens, and all the other Pentagon trinkets on the recruiting table in front of the shopping mall enchanted the big brown-eyed boy. By the time he was 14, Jesús had received dozens of phone calls, mailings and school visits from recruiters. By 18, the six-year project to turn this California boy into a soldier had succeeded, and nothing, not his father's pleas nor his mother's prayers, could change his mind; Jesús joined the Marines. By age 19 he was dead in the desert of Iraq.

by ROBERTO LOVATO illustration ANDREW ZBIHLYJ

Exh. III

## [illegible] WITH ME, TO 'HELP' ME, AS THEY PUT IT. THEY WERE CONSTANTLY CALLING ME, EVEN WHEN I GOT PREGNANT." — [illegible]

In the eyes of Pentagon planners and their local recruiters the value of the rapidly growing and relatively poor Latino youth population is a no-brainer. Latinos already in the military are concentrated in the low ranks of the Marines and the Army, serving the high-casualty, high-risk jobs of front-line troops urgently needed in Iraq. Although Latinos currently make up 13 percent of active-duty forces, they comprise a fast-growing 1[illegible] percent of the 17 to 21-year-old population. The U.S. Pentagon plans—and, more importantly, needs—to make Latinos [illegible] percent of the armed forces by the year 2025. Not surprisingly, "Latinos are especially important as ground forces," says Lawrence Korb, former head of Manpower, Reserve Affairs, Installations and Logistics in the Reagan Administration's Department of Defense (DOD), where he oversaw the majority of the Pentagon's budget. "If I were [Secretary of Defense] Donald Rumsfeld, I would be very worried about the possibility of decreasing Latino numbers."

So important are young Latinos to the war plans of the U.S. government, that the Pentagon deploys thousands of recruiters (who receive bonuses for each recruit they sign up) and spends hundreds of millions of dollars to find out anything and everything about kids like Jesús: what they wear, where they hang out, what kinds of groups they form, what they read, what they watch on TV, their grades and their dreams.

**After Jesús' father, Fernando Súarez Del** Solar, buried his only son in 2003—the year marking the beginning of the Iraq war—he promised his wife he would "do everything I could do to understand military recruitment," and what he calls the trampas of the government and its armed forces. The Mexican immigrant transformed his grief to become the spiritual center of the largest, most effective Latino counter-recruitment movement since the 1960s and '70s, when thousands of Chicanos and other Latinos rejected the Vietnam War and recruitment. Del Solar and other mamás, papás and jóvenes are saying, "Ya basta." With slogans that counter the slogans plastering Latino and youth media like, "You can't be an Army of one if you're dead," they are organizing inside their schools and communities to prevent more Latino children with limited options to become dead heroes in far away wars.

From Washington state, where Latinos campaign against the recruitment of the children of immigrant farm workers, to Florida beaches and Puerto Rico, Latino youth are getting militant against the military. Jessica Sánchez, a 25-year-old single mom in San Marcos, California, says, "I want nothing to do with the Army, the Marines, the Navy, none of them." For a while, she'd considered joining the Navy, but decided instead to organize against the military after what she describes as the "constant harassment" of recruiters. "I was approached by lots of recruiters. At school, they'd set up booths and tables, at supermarkets [and stores] they'd try to catch you when you were walking out. I remember I had five or six recruiters coming to my house to talk with me, to 'help' me, as they put it," says the Mexican-born legal resident. "They told my mother that I had lots of potential. Whenever they would come they would leave stuff behind, pamphlets, t-shirts, folders for school, pencils, pens, key chains, visor hats. I also got lots and lots of mailings from the Marines, Navy and the Army. They were constantly calling me," she adds, "even when I got pregnant." Instead, Sánchez pursued a college degree, and even received a scholarship from Guerrero Azteca, an organization started by Del Solar, and one of several youth-focused organizations around the country dedicated to providing young people with alternatives to the military.

Jeanelle Bishop, 17, from East Flatbush, Brooklyn, a Grenada-born immigrant who works as an organizer with the New York-based Youth Activists Youth Allies (YAYA) Network, says she has witnessed more than her share of young Puerto Rican and Dominican youth from her neighborhood "denied a future" by the military. Young, working-class women, she says, are especially targeted for "opportunities." "The [recruiters] tell us, 'Oh, the military is a great place for women,' that it's a great institution, when the truth is different. One of every three women in the military is raped or sexually abused. They don't tell you that." [A study by the Department of Veteran Affairs found that 30 percent of women in the military reported a rape or attempted rape. The rate in the civilian population is 18 percent, according to a federal survey in 2000.] To counter the multimillion dollar efforts of the Pentagon, Bishop says she "gives students the other side by distributing leaflets, doing workshops, showing videos, and organizing youth groups," as well as engaging in other counter-recruitment activities.

In Puerto Rico, the anti-militarismo that fed the successful campaign to demilitarize Vieques is now fueling a counter-recruitment movement hitting all 197 high schools on the island. In historically conservative south Florida, organizations like Mi Familia Vota are educating young Cuban-American and other Latino youths about their choice to opt-out of having their information provided to recruiters by high schools under the Bush Administration's "No Child Left Behind Act." And in Holyoke, Massachusetts, which has a population that is more than 50 percent Latino, 30 students were maced by 20 state and local police for protesting near a national guard recruiting station.

Such activism on the part of Latino youth encourages the tireless Del Solar, who is recognized as the de-facto leader of the counter-recruitment movement throughout the U.S. He says he's seen how young Latinos in big cities and small towns alike are responding to the marketing tactics of the Pentagon. "It's important to note that the young people in communities most affected by the war have a voice in what happens to our kids. More than 300 Latinos have died in the Iraq war, and close to 120 of them were immigrants," says Del Solar, no doubt thinking of his own dead son. "We have to stop this." In his mind, the most important work to be done to save young Latinos and Latinas is to promote new leadership within the community; he sees youth like Sánchez and Bishop not just as activists working to free schools and communities of recruiters and what many call "militarism," but also as key players in the development of a new, alternative, and very necessary Latino leadership. Del Solar isn't shy about expressing his disappointment and outrage at the current Latino elected officials and other key figures. "Recruiters are focusing on us aggressively. But none of the so-called Latino leaders—politicians, heads of large organizations, and other national figures—are saying anything about this carnage. None. Some of them are even supporting the Pentagon." He refers to Latino organizations like the League of United Latin American Citizens (LULAC) and the National Council of La Raza (NCLR), who has accepted sponsorship money from the military, for their "lack of leadership."

Alexandra Jost, a spokesperson for the NCLR, disagrees. "We have not taken a public stance on the war in Iraq because we are not experts on international affairs and have never taken a stance on such issues. And during the NCLR annual conference, we do not provide 'forums for Pentagon promotion' [as has been asserted]. Rather, we honor those Latinos that risk their lives and serve in the military because we want them to receive their due credit for sacrificing their lives on behalf of our nation." Unconvinced, and still thinking of his fallen prince, Del Solar asks rhetorically, "Then who's going to speak for our kids?"

Beyond the internal debates in our community, and despite the multimillion dollar efforts of the Pentagon and its allies, Sánchez and others are determined to keep alive the flame of hope that is idealistic youth and say they will continue to organize towards a Latino community free of recruiters, and free of the Pentagon. Conscious of the immense challenge before her movement, Sánchez is optimistic about its strength. "Somos una fuerza pequeña contra una fuerza enorme (we are a small power against an enormous power)—but we will win." •

EXH: IV ASSIMILATIN

USA TODAY · TUESDAY, MAY 8, 2007 · 21A

By Theresa Scarbrough for USA TODAY

**The enforcer:** Border Patrol agent Gino Rodriguez looks across the Rio Grande at Nuevo Laredo, Mexico.

# A border agent (and immigrant) defies stereotypes

The Problem

## One man's work in defending the U.S. border speaks volumes about what it means to be an American

LAREDO, Texas — ... season for Mexican migrants looking to cross the Texas border for work this spring ıd summer. But in this southwest- ·n city known as "the gateway to lexico," more than 15,000 illegal nmigrants have already been ɪwarted. Gino Rodriguez is a good art of the reason why.

While driving along Laredo's usty western border on a quiet ɪorning, Rodriguez, 43, told me, "I ·el I am serving the country. I'm erving my country by helping pro- ·ct it."

Immigration from Mexico, legal r not, has long been considered a roblem in the USA on the grounds hat too many border-crossers ren't assimilating and becoming ɔyal citizens. Last week's immi- ȝrant protests around the country, ɪ which some protesters waved Aexican flags alongside Old Glory, ıo doubt only fuel these suspicions. There are even those who warn of ɪn impending plot to reannex the ɪation's southwestern states back o Mexico, no matter how far- etched that might sound.

But the irony is that many of hose who keep watch over our ɔorders each day are, in fact, Mex- can-American. Although the U.S. Border Patrol doesn't keep statis- ics on where its agents are born, agency spokesman Mario Martinez says at least 6,700 of the country's 12,800 Border Patrol agents identi- y themselves as Hispanic. Perhaps ɪot surprisingly, the nation's high- est-ranking Border Patrol agent, Da- ɪd Aguilar, also bears a Spanish surname.

### On the front lines

So, of course, does Rodriguez. He is the son of working-class Mexican immigrants, and many of his relatives still live across the border. Bucking the stereotype of the Mexican-flag-waving, non-English-speaking Latino, Rodriguez has been a proud member of the Border Patrol for 18 years. He has turned away drug smugglers, bandits, gang members and, frequently, illegal migrant workers from Mexico.

Last year, Laredo's Border Patrol force, which is heavily Mexican-American, caught nearly 75,000 illegal migrants.

The work puts the country's many Mexican-American Border Patrol agents on the front lines of the immigration debate. Rodriguez said migrants often say to him, "C'mon, you're one of us. Aren't you Mexican?"

In truth, Rodriguez isn't Mexican. His family was Mexican. He considers himself "an American of Mexican heritage." The distinction can't be overstated. Despite the hand-wringing over immigrants not assimilating, there is a shared American identity. Being a U.S. citizen and rightfully belonging in this country is a great source of pride that many immigrants and their children take to heart.

To be sure, Rodriguez has seen migrants on the verge of death, stranded by smugglers in midsummer when temperatures swell to more than 100 degrees. In Spanish, they plead to him for mercy. Shaking his head, Rodriguez said, "I understand their plight like any human being would," adding that his job "isn't just about catching people, it's about saving lives, too." The agency even has a special rescue team that treats migrants in distress. Even so, Rodriguez said, "I'm a U.S. citizen, and I swore to uphold the laws of this country." unjust

Notwithstanding first-generation Americans such as Rodriguez, immigrants still tend to get a bad rap in surveys. A Pew Research Center poll a year ago found that 45% of Americans believe Latino immigrants "keep to themselves and don't try to fit in." This skewed view was in place well before the issue of immigration reform came to a public boiling point last spring, as thousands of immigrants filled the streets to protest the enforcement-only legislation passed by the House of Representatives. (Congress has yet to pass comprehensive immigration reform legislation.) In 2004, a joint poll by National Public Radio and the Kaiser Family Foundation found that more than one-third of Americans who aren't immigrants thought new immigrants "love America less" than those born here.

### Pride at the border

But at least in this part of Texas, it is hard to believe that such perceptions are true. In Laredo, which is 94% Hispanic, locals embrace Border Patrol agents, who are fixtures in parades, schools and fundraisers. There is a strong sense of where America begins and Mexico ends.

Rodriguez himself is a dispassionate supporter of congressional plans to build a physical wall along the border. Indeed, later that day at the Border Patrol's city headquarters, where agents monitor the border via cameras and electronic sensors, we catch sight of a man wearing a black cowboy hat crossing from Mexico and into a Laredo neighborhood, where he briefly disappeared behind nearby houses.

"We could certainly have more control of our border. You can never be satisfied," Rodriguez said. "The truth is, the immigration problem was here when I came to the Border Patrol, and it will continue to be here after I'm gone. Because the magnet is here. Everybody wants to come to this country."

The immigration hard-liners tell us that even legal immigrants can't be wholly trusted to pledge allegiance to America. But what better sign that many immigrants are not only assimilating but faithfully so, than for the children and grandchildren of yesterday's newcomers to be today's protectors of our national borders.

*Paulette Chu Miniter, a Phillips Foundation journalism fellow, is a writer in New York.*

EXH: IV ASSIMILATION

CULTURA

# CHICANOS IN WWII

World War II remains probably the most significant historical event of the 20th Century. It has been well documented in print and film over the last sixty years. Not much, however, has been written about Chicanos who served in uniform from 1941 through 1945. This is especially true of those who served in the so-called "glamour" [illegible] of the US Army and Navy. Chicanos make up the largest [illegible] in Arizona. Many of Arizona's Chicanos served valiantly [illegible] forces during WWII and today in the Chicano [illegible] their service is remembered proudly. Less well [illegible] made by those young men in the [illegible] the war from above.

During [illegible] Armed Forces swelled to [illegible] than any other minority.

An ace flier is [illegible] a fighter pilot who has destroyed five or more enemy [illegible] Charlie Foster was a World War II ace with the 201st Fighter Squadron. What's more, Charlie's heroism beyond the call of duty netted him a Congressional Medal of Honor.

Yet no one made a movie about Charlie Foster, the way they did about Audie Murphy, a famed Medal of Honor-winning World War II hero, in To Hell and Back. No HBO miniseries about Charlie was made by Tom Hanks and Steven Spielberg the way they made Band of Brothers, the one about WWII's 101st Airborne Division's Easy Company. No Hollywood studio made an Oscar winning film about the 201st, as they did about the Civil War's first all-black volunteer company in 1989's Glory. But in its way Charlie's tale is as special as those famous stories of heroic actions. What makes Charlie's story unique is that his real name isn't Charlie [illegible] it's Carlos Faustinos, a Mexican citizen. Carlos fought [illegible] airmen in the Pacific Theater and was a member [illegible] Escuadron Aereo de Caza 201, also known [illegible] organized the 201st Fighter Squadron [illegible] Carlos Faustinos [illegible] enlisted men were trained [illegible] as [illegible] squad [illegible] and were then attached [illegible] where they began [illegible] heroic group [illegible] street [illegible] two blo[illegible] this s[illegible] Vietnam[illegible] Muños, T[illegible] Sandoval [illegible] ers who [illegible] free [illegible]

[illegible] roke [illegible] proudly [illegible]

listed in the US Army. Mr. Tamayo said [illegible] Mexicans had suffered discrimination back in the United States, he wondered [illegible]

On Nov. 8, 1942 [illegible] Fedala and won [illegible]

On July 10, 1943, Mr. Tamayo [illegible] while fighting there that Mr. Tamayo's [illegible] about the war began to creep into his mind.

"This is when I began [illegible] gos," Mr. Tamayo [illegible] here (in the United States) [illegible]

Mr. Ruba[illegible] pated in the [illegible] after he was [illegible] Saar River [illegible]

Mr. Rub[illegible] resented an[illegible] ers and patr[illegible]

Gen. Dou[illegible] the Pachu[illegible] street gan[illegible] in the South Pacific are[illegible]

"The[illegible]," h[illegible] and th[illegible]

[illegible] were [illegible] bor-ing [illegible] po-li[illegible] the [illegible] the