# 1-07-CV-2609

## CIVIL COVER SHEET FOR A PRISONER CASE

**WBH**

JUDGE _____   DIVISION Atlanta
MAG. JUDGE Hill   REFER ___ (Y/N)   IFP N   FEE PAID N
DATE FILED 10/18/07   PREVIOUS CASES (Y) (Y/N)

NAME Jonathan Lee Riches   I.D. # 40948-018
PRO SE ✓   ATTORNEY ___
PLACE OF INCARCERATION FCI Williamsburg
CITY/STATE Salters, SC 29590   COUNTY ___

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | 28:2254 | Habeas action by a State prisoner challenging state conviction or sentence. |
| 3 | 535 | 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___SEND TO DISTRICT JUDGE. |
| 3 | 530 | 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 2 | 530 | 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.), |
| 3 | 550 | 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. |
| 2 | 550 | 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (a/k/a "Bivens action"). |
| 3 | 555 | 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | 28:1331pr | Prisoner civil rights action suing federal officials involving prison conditions. (a/k/a "Bivens action"). |
| 2 | 540 | 28:1346 | Prisoner Federal Tort Claim. (against U.S.). |
| 2 | 540 | 28:1361pr | Action to compel U.S. officer to perform a duty - MANDAMUS. |
| 4 | 540 | 28:1332 | Any prisoner action based on diversity. |
| _ | 540 | ___ | OTHER: ___ |

___ DOCKET CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Mag. Judge assigned for ifp and/or frivolity determinations.

___ STAFF LAW CLERK:
___ Pauper's affidavit insufficient or no affidavit
___ Complaint or petition not signed or is incomplete
___ No copies
___ Other ___

WBH
GGB
540
28:1332