**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JONATHAN LEE RICHES,

       Plaintiff,

v.

VARIOUS DEFENDANTS.

       Defendants.

CIVIL ACTION FILE

NO. 1:07-cv-2313-WBH
NO. 1:07-cv-2592-WBH
NO. 1:07-cv-2609-WBH

PRISONER CIVIL RIGHTS
42 U.S.C. § 1983

**J U D G M E N T**

This actions having come before the court, Honorable Willis B. Hunt, Jr., United

States District Judge, it is

    **Ordered and Adjudged** that these actions be **DISMISSED WITHOUT PREJUDICE**

pursuant to 28 U.S.C. §1915 (g).

    Dated at Atlanta, Georgia this 23rd day of October, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: s/Amanda Querrard
      Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   October 23, 2007
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
      Deputy Clerk

Dockets.Justia.com